UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPELTON PARKER, JR. and
JULIETTE PARKER, as his legal guardian,

    Plaintiffs,                                      Case No. 18-cv-12038
                                                     Hon. Matthew F. Leitman

v.

CITY OF HIGHLAND PARK, *et al.*,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE (ECF #28) AS MOOT

In this action, Plaintiff Opelton Parker, Jr., through his mother Juliette Parker, alleges that Defendant City of Highland Park and certain of its police officers violated his constitutional rights at a 2015 Jazz Festival. (*See* Compl., ECF #1.)

On October 12, 2018, Plaintiff filed a motion asking the Court to allow him to serve Defendant Frank George with a Summons and the Complaint through alternative service. (*See* ECF #28.) However, George, through counsel, has appeared in this action and filed an Answer. (*See* ECF #16.) Indeed, George concedes that he has "acknowledged service." (ECF #29 at Pg. ID 150.) There is thus no need for Plaintiff to resort to alternative service. Accordingly, Plaintiff's motion for alternative service (ECF #28) is **DENIED AS MOOT**.

    **IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: October 26, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 26, 2018, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764