UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPELTON PARKER, JR. and
JULIETTE PARKER, as his legal guardian,

    Plaintiffs,                                  Case No. 18-12038
                                                      Hon. Matthew F. Leitman

v.

CITY OF HIGHLAND PARK, *et al.*,

    Defendants.
_____/

### **ORDER (1) GRANTING PLAINTIFFS LEAVE TO FILE A FIRST AMENDED COMPLAINT AND (2) TERMINATING DEFENDANTS' RULE 12(c) MOTION (ECF #31) AS MOOT**

On February 25, 2019, the Court held an on-the-record telephonic status conference with counsel for all parties. During that conference, the Court offered Plaintiffs the opportunity to file a First Amended Complaint before the Court held a hearing and ruled on Defendants' currently-pending motion under Rule 12(c) of the Federal Rules of Civil Procedure. (*See* Mot., ECF #31.) The Court explained that this would be Plaintiffs' opportunity to add any factual allegations that are responsive to the deficiencies identified in Defendants' motion and that the Court would not be inclined to allow Plaintiffs to amend the Complaint later to add factual allegations that Plaintiffs could add now.

Plaintiffs accepted the Court's offer and agreed to file a First Amended Complaint. Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' shall file a

1

First Amended Complaint by no later than **March 11, 2019**.  The Court will schedule a telephonic status conference to be held after Plaintiffs file their First Amended Complaint to discuss the schedule for the reminder of this action.  Defendants need not file an answer or otherwise respond to the First Amended Complaint until after that conference.  **IT IS FURTHER ORDERED** that Defendants' currently-pending Rule 12(c) motion (ECF #31) is **TERMINATED AS MOOT**.

    **IT IS SO ORDERED**.

Dated:  February 25, 2019

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 25, 2019, by electronic means and/or ordinary mail.

s/Amanda Chubb (in the absence of Holly A. Monda)  
Case Manager  
(313) 234-2644