UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPELTON PARKER, JR. by his legal guardian
JULIETTE PARKER,

    Plaintiffs,                                         Case No. 18-cv-12038
                                                 Hon. Matthew F. Leitman

v.

CITY OF HIGHLAND PARK, *et al.*,

    Defendants.
_____/

## **ORDER CLARIFYING OPINION AND ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS**

On January 31, 2020, the Court entered an Opinion and Order granting in part and denying in part Defendants' motion to dismiss. (*See* Op. and Order, ECF No. 46.) The Court clarifies that, for the reasons stated on pages 8-10 of the Opinion and Order (*see id.*, PageID.607-609), but inadvertently omitted from page 23 of the Opinion and Order (*see id.*, PageID.622), Plaintiff's unlawful seizure claim against the Defendants is **DISMISSED**.

    **IT IS SO ORDERED**.

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
Dated: February 7, 2020                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 7, 2020, by electronic means and/or ordinary mail.

           s/ Holly A. Monda
           Case Manager
           (810) 341-9764