UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPELTON PARKER JR. by his legal guardian
JULIETTE PARKER,

     Plaintiffs,                              Case No. 18-cv-12038
                                             Hon. Matthew F. Leitman

v.

CITY OF HIGHLAND PARK, *et al.*,

     Defendants.

_____/

## ORDER (1) SETTING REVISED EXPERT DISCOVERY SCHEDULE AND (2) TERMINATING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER (ECF No. 52) AS MOOT

On March 31, 2021, Plaintiff Opelton Parker Jr. filed a motion to amend the current scheduling order in this action to provide additional time for Parker to file his expert disclosures. (*See* Mot., ECF No. 52.)  The Court held a video status conference with counsel for both parties on April 15, 2021, to discuss the motion. For the reasons explained during the status conference, **IT IS HEREBY ORDERED** as follows:

- Each party shall have until **June 15, 2021**, to identify their experts and serve upon the other party the expert disclosures required by the Federal Rules of Civil Procedures;

1

- The parties shall make their respective experts available for deposition and the depositions of the experts shall be taken by no later than **August 2, 2021**;

- Following this period of expert discovery, the Court will hold a status conference to discuss a briefing schedule with respect to Defendants' currently-pending motion for summary judgment (*see* Mot., ECF No. 54);

- Parker Jr. need not file a response to Defendants' motion for summary judgment until further order of the Court; and

- Parker Jr.'s motion to amend the scheduling order (ECF No. 52) is **TERMINATED AS MOOT**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 16, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 16, 2021, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764