UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**OPELTON PARKER, JR. by his legal guardian JULIETE PARKER,**

    Plaintiff,

v.

Case No. 18-cv-12038
Hon. Matthew F. Leitman

**RANDY PERRY, FRANK GEORGE, OFFICER OCHS, JOSH FRYCKLAND, individually**

    Defendants,

_____/

| | |
|---|---|
| **KENNETH D. FINEGOOD P36170**<br>KENNETH D. FINEGOOD, P.L.C.<br>Attorney for Plaintiff<br>29566 Northwestern Hwy, Suite 120<br>Southfield, MI 48034<br>248-351-0608 / 248-357-2997 fax<br>Kdfesq44@aol.com | JOHN C. CLARK (P51356)<br>GEOFFREY S. WAGNER (P70830)<br>ANTHONY K. CHUBB (P72608)<br>GIARMARCO, MULLINS & HORTON, P.C.<br>101 W Big Beaver Road, 10th Floor<br>Troy, MI 48084<br>248-457-7000 / 248-457-7001 fax<br>jclark@gmhlaw.com<br>gwagner@gmhlaw.com |

_____/

## ORDER FOR APPROVAL OF DISTRIBUTION AND AUTHORITY TO SIGN RELEASES, ESTABLISH FIRST-PARTY POOLED SPECIAL NEEDS TRUST AND TRANSFER ASSETS AND APPOINTMENT OF NEXT FRIEND

This Court having reviewed the Motion for Approval of Distribution and Authority to Sign Releases and Joinder Agreement and Appointment of Next Friend; and the Court being advised in the premises:

**IT IS HEREBY ORDERED** that Juliete Parker be appointed Next Friend of Opelton Parker, Jr., a disabled adult.

**IT IS FURTHER ORDERED** the settlement on behalf of Opelton Parker, Jr. in the total amount of Ninety-Five Thousand ($95,000.00) is **APPROVED**.

**IT IS FURTHER ORDERED** that the attorney fees and costs to Kenneth D. Finegood, PLC are **APPROVED** as follows:

$5,519.52   Costs
$29,797.00 Attorney fees

**IT IS FURTHER ORDERED** that the attorney fee and costs to Michigan Law Center PLLC are APPROVED as follows:

$5,000.00 Attorney fees

**IT IS FURTHER ORDERED** that the net settlement proceeds due to Opelton Parker, Jr. in the amount of **$54,683.48** shall be irrevocably assigned to: "Springhill **First**-Party Pooled Trust for the benefit of Opelton Parker, Jr."

**IT IS FURTHER ORDERED** that Juliete Parker be authorized to sign Releases and the Joinder Agreement as necessary to effectuate investment of settlement funds into the Springhill First-Party Pooled Trust for and on behalf of Opelton Parker, Jr.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 5, 2022

Approved as to form and content:

**s/KENNETH D. FINEGOOD**
KENNETH D. FINEGOOD P36170
Attorney for Plaintiff
s/GEOFFREY S. WAGNER
GEOFFREY S. WAGNER P70830
Attorney for Defendants