UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPELTON PARKER JR. by his legal guardian
JULIETTE PARKER,

    Plaintiffs,

v.

    Case No. 18-cv-12038
    Hon. Matthew F. Leitman

CITY OF HIGHLAND PARK, *et al.*,

    Defendants.
_____/

## ORDER TERMINATING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 74) WITHOUT PREJUDICE AS MOOT

On May 15, 2022, Defendants filed a motion for summary judgment in this action. (*See* Mot., ECF No. 74.) On September 28, 2022, the parties reached a settlement to their dispute and placed the terms of the settlement on the record. (*See* Dkt.; *see also* Order, ECF No. 83.) Based upon the parties' settlement, the Court **TERMINATES** Defendants' motion for summary judgment **WITHOUT PREJUDICE AS MOOT**.

    **IT IS SO ORDERED**.

                                                     s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated:  February 24, 2023

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 24, 2023, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126